UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-23222-CV-Lenard/O'Sullivan

Tishawa W. Howard,

    Plaintiff,
vs.

RPS Companies, Inc.,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby gives notice, pursuant to S.D. Fla. CM/ECF Admin Procedure § 3D, that effective February 27, 2012 the law offices of ALAN S. FINE, P.A. will re-locate to:

255 Aragon Avenue, 2nd Floor
Coral Gables, Florida 33134
Telephone: (305) 424-2400
Telefax: (305) 424-2401

I HEREBY CERTIFY that on February 24th, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will provide a notification to Plaintiff's counsel.

    /s/Alan S. Fine
    Alan S. Fine, FBN 385824
    afine@fine-law.com
    Alan S. Fine, P.A.
    255 Alhambra Circle, Suite 850,
    Coral Gables, FL 33134
    305-424-2400
    305-424-2401
    Attorneys for RPS Companies, Inc.