UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23222-CIV-LENARD/O'SULLIVAN

TISHAWA W. HOWARD,

      Plaintiff,

v.

RPS COMPANIES, INC.
and LIVEVOX, INC.,

      Defendants.

_____/

## LIVEVOX'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, LiveVox, Inc. ("LiveVox"), by undersigned counsel and under the Court's Order of November 22, 2011 [DE 12] and Fed. R. Civ. P. 7.1, now files this Certificate of Interested Parties and Corporate Disclosure Statement.

1.    The following is a complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that, to the best of LiveVox's knowledge, have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

      a)    Tishawa W. Howard, Plaintiff

      b)    RPS Companies, Inc., Defendant

      c)    LiveVox, Inc., Defendant

LAW OFFICES OF PETROS & ELEGANT
4090 LAGUNA STREET, SECOND FLOOR • CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 446-3699 • FACSIMILE (305) 446-2799

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

2. LiveVox has no parent corporations. Moreover, no publicly held corporation owns more than ten percent (10%) of LiveVox's stock.[1]

Dated: March 15, 2012
      Miami, Florida

                                  Respectfully submitted,

                                  /s/ Justin B. Elegant, Esq.
William L. Petros, Esq. (FBN 378690)
wlpetros@petroslaw.com
Justin B. Elegant, Esq. (FBN 0134597)
Jbelegant@petroslaw.com
PETROS & ELEGANT
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Telephone: (305) 446-3699
Facsimile: (305) 446-2799

Nathaniel P.T. Read, Esq.
nread@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 757-7600

*Attorneys for Defendant LiveVox, Inc.*

---

[1] LiveVox is unaware of any evidence establishing that counsel for any of the respective parties has a financial interest in the outcome of this case. Accordingly, counsel of record are not included in this disclosure.

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2012 this document is being filed electronically through the Court's CM-ECF website, and that a true and correct copy is being served on the parties named on the attached Service List via Notice of Electronic Filing generated by CM-ECF for those parties registered to receive such notice or by first class mail for those parties that are not registered.

    /s/ Justin B. Elegant, Esq.
William L. Petros, Esq. (FBN 378690)
wlpetros@petroslaw.com
Justin B. Elegant, Esq. (FBN 0134597)
Jbelegant@petroslaw.com
PETROS & ELEGANT
4090 Laguna Street, 2nd Floor
Coral Gables, Florida  33146
Telephone:  (305) 446-3699
Facsimile:    (305) 446-2799

Nathaniel P.T. Read, Esq.
nread@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York  10022
Telephone:  (212) 757-7600

*Attorneys for Defendant LiveVox, Inc.*

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

## SERVICE LIST

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, Florida  33339
Telephone:  (954) 537-2000
Facsimile:  (954) 566-2235
donyarbrough@mindspring.com
*Attorney for Plaintiff*

Alan S. Fine, Esq.
255 Alhambra Circle, Suite 850
Coral Gables, Florida  33134
Telephone:  (305) 424-2400
Facsimile:  (305) 424-2401
afine@fine-law.com
*Attorney for RPS Companies, Inc.*

John W. Zielinski, Esq.
NeJame, LaFay, Jancha, Ahmed,
Barker, Joshi & Moreno, P.A.
189 S. Orange Avenue, Suite 1800
Orlando, Florida  32801
Telephone:  (407) 245-1232
Facsimile:  (407) 245-2980
john@nejamelaw.com
*Attorneys for RPS Companies, Inc.*

LAW OFFICES OF PETROS & ELEGANT
4090 LAGUNA STREET, SECOND FLOOR • CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 446-3699 • FACSIMILE (305) 446-2799