**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR   TIME: 3:30 PM**

MAGISTRATE JUDGE **JOHN J. O'SULLIVAN**

Case No. 11-23222-CIV-LENARD   Date MARCH 15, 2012   END: 3:55

Clerk CHERLE R. GRIFFIN   Dar No. 15:30:37

Court Reporter N/A

Title of Case HOWARD V. RPS COMPANIES, INC.

P. Attorney(s) DONALD YARBROUGH

D. Attorney(s) JOHN ZIELINSKI BY PHONE, Justin Elegant

Reason for Hearing INFORMAL DISCOVERY

Result of Hearing DISCOVERY HEARING HELD. Order to follow.