UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

TISHAWA W. HOWARD,

    Plaintiff,

v.

RPS COMPANIES, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held in this matter on March 15, 2012.  Having heard from the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that with respect to Request for Production number one (1), on or before April 16, 2012, the defendant, RPS Companies, Inc. (RPS) shall produce to the plaintiff, any subject agreement, termination agreement, or communication regarding the plaintiff's account between RPS and Livevox, Inc. (Livevox).  Prior to producing the aforementioned documents to the plaintiff, RPS shall show the subject documents to Livevox in order for Livevox to determine if it has any objections to the production of such documents.  It is further

ORDERED AND ADJUDGED that with respect to telephone bills reflecting telephone calls made to the plaintiff in this matter, on or before April 16, 2012, RPS shall contact the telephone provider to determine the best way to obtain itemized telephone records of telephone calls placed to the plaintiff.  After obtaining the

aforementioned information from the telephone company, the plaintiff and RPS shall reach an agreement about how the telephone records will be produced to the plaintiff. It is further

ORDERED AND ADJUDGED that with respect to the insurance policies of RPS, on or before April 16, 2012, RPS shall provide the subject insurance policies to the plaintiff. It is further

ORDERED AND ADJUDGED that on or before April 16, 2012, RPS shall provide to the plaintiff any and all correspondence between RPS and the plaintiff. If no such correspondence exists, RPS shall indicate so in its response to the plaintiff. It is further

ORDERED AND ADJUDGED that on or before April 16, 2012, RPS shall provide the plaintiff with a list of Federal and State cases in which RPS has been involved in litigation.

DONE AND ORDERED, in Chambers, at Miami, Florida this 16th day of March, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record