UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-23222-Civ-Lenard/O'Sullivan

TISHAWA W. HOWARD,

    Plaintiff,

v.

RPS COMPANIES, INC.,
and LIVEVOX, INC.

    Defendants.
_____/

## PLAINTIFF'S WITNESS LIST

    Plaintiff, Tishawa W. Howard, gives notice pursuant to the Court's Order (DE 22), and files her witness list as follows:

1. Tishawa W. Howard
   3940 Northwest 169 Terrace
   Miami Gardens, FL 33055

2. Records Custodian
   Law Office of Donald A. Yarbrough
   Suite 105
   2000 Ease Oakland Boulevard
   Fort Lauderdale, FL 33306

3. Corporate Representative of RPS Companies, Inc.
   Suite 130
   3700 34 Street
   Orlando, FL 32805

4. Corporate Representative of LiveVox, Inc.
   9 Floor
   450 Sansome Street
   San Francisco, CA 94111

5. Corporate Representative of Global Linx
   Suite 100
   275 Kenneth Drive
   Rochester, NY 14623

6. All witnesses disclosed by Defendants in its witness list.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-23222-Civ-Lenard/O'Sullivan

TISHAWA W. HOWARD,

    Plaintiff,

v.

RPS COMPANIES, INC.,
and LIVEVOX, INC.

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>April 11, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                <u>s/Donald A. Yarbrough</u>
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. John W. Zielinski, Esq.
NeJame, LaFay, Jancha, Ahmed, Barker, Joshi & Moreno, P.A.
Suite 1800
189 South Orange Avenue
Orlando, FL 32801-3261
Telephone: 407-245-1232

Justin B. Elegant, Esq.
Petros & Elegant
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Telephone: (305) 446-3699
Facsimile: (305) 446-2799

Via Notices of Electronic Filing generated by CM/ECF