## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 11-23222-CV-Lenard/O'Sullivan**

Tishawa W. Howard,

      Plaintiff,

vs.

RPS Companies, Inc., and
LiveVox, Inc.,

      Defendants.

_____/

## DEFENDANT, RPS COMPANIES, INC., WITNESS LIST

Defendant, RPS Companies, Inc., by and through the undersigned counsel and gives notice pursuant to this Court's Order (DE 22) and files its Witness List:

1.     Plaintiff, Tishawa Howard
3940 NW 169th Terrace
Miami Gardens, FL 33055

2.     William Ficka, RPS Companies, Inc.
Ste 130
3700 34th St.
Orlando, FL 32805

3.     Anthony Pellino, RPS Companies, Inc.
Ste 130
3700 34th St.
Orlando, FL 32805

4.     Basil Hamden, RPS Companies, Inc.
Ste 130
3700 34th St.
Orlando, FL 32805

5.    Corporate Representative of LiveVox, Inc.
      9 Flr
      450 Sansome St.
      San Francisco, CA 94111

6.    Corporate Representative of Globalinx
      Ste 100
      275 Kenneth Dr
      Rochester, NY 14623

7.    All Witnesses disclosed by Plaintiff in Plaintiff's Witness List.

8.    Records custodian of Plaintiff's and Defendant's telephone service
      carrier.

                              Respectfully submitted,

                              /s/Alan S. Fine
                              Alan S. Fine
                              Florida Bar ID # 385824
                              afine@fine-law.com
                              Alan S. Fine, P.A.
                              255 Aragon Avenue, Second Floor
                              Coral Gables, Florida  33134
                              T: (305) 424-2400
                              F: (305) 424-2401
                              Attorneys for RPS Companies, Inc.

                              John W. Zielinski
                              Florida Bar Number 527661
                              NeJame Law
                              NeJame, LaFay, Jancha, Ahmed,
                              Barker, Joshi & Moreno, P.A.
                              189 S. Orange Ave., Suite 1800
                              Orlando, FL 32801
                              T: (407) 245-1232
                              F: (407) 245-2980
                              Attorneys for RPS Companies, Inc.
                              john@nejamelaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 11-23222-CV-Lenard/O'Sullivan**

Tishawa W. Howard,
     Plaintiff,

vs.

RPS Companies, Inc.,
     Defendant.
_____/

     I hereby certify that on April 16, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to each party's counsel of record on the attached Service List.

/s/Alan S. Fine
Alan S. Fine
Florida Bar ID # 385824
afine@fine-law.com
Alan S. Fine, P.A.
255 Alhambra Circle, Suite 850,
Coral Gables, FL 33134
305-424-2400
305-424-2401
Attorneys for RPS Companies, Inc.

John W. Zielinski
Florida Bar Number 527661
NeJame Law
NeJame, LaFay, Jancha, Ahmed,
Barker, Joshi & Moreno, P.A.
189 S. Orange Ave., Suite 1800
Orlando, FL 32801
T: (407) 245-1232
F: (407) 245-2980
Attorneys for RPS Companies, Inc.
john@nejamelaw.com

## **<u>SERVICE LIST</u>**

Donald Yarbrough, Esquire
PO Box 11842
Fort Lauderdale, FL 33339
T: (954) 537-2000

Justin B. Elegant, Esquire
Petros & Elegant
4090 Laguna St, 2nd Flr
Coral Gables, FL 33146
T: (305) 446-3694