UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23222-CIV-LENARD/O'SULLIVAN

TISHAWA W. HOWARD,

       Plaintiff,

v.

RPS COMPANIES, INC.
and LIVEVOX, INC.,

       Defendants.
_____/

## LIVEVOX, INC.'S PRELIMINARY LIST OF FACT WITNESSES FOR TRIAL

Pursuant to the Court's November 22, 2011 Order and the Joint Scheduling Report submitted by Plaintiff, Defendant, RPS Companies, Inc. ("RPS"), and Defendant, LiveVox, Inc. ("LiveVox"), by its attorneys, hereby provides the following list of potential fact witnesses for any trial in this action. LiveVox reserves the right to call any or none of these fact witnesses at any trial in this action. LiveVox also reserves its right to call any individual listed on any potential fact witness list provided by Plaintiff or RPS. LiveVox states that its knowledge is incomplete at this early stage of discovery, and reserves the right to supplement or modify this list as discovery proceeds.

    1.    LiveVox Employees. LiveVox employees may only be contacted through LiveVox's counsel.

        a.    Michael Leraris, Chief Financial Officer.

        b.    Chris Clark, then Account Executive (currently Senior Enterprise Executive).

        c.    Virginia Chiu, Accounting Manager.

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

2. RPS Employees:

   a. Basil Hamdan.

   b. Corporate representative of RPS with knowledge of: RPS's use of LiveVox's hosted dialing service; the termination of RPS's ability to use LiveVox's hosted dialing service; the business relationship between RPS and LiveVox and the termination thereof; the business relationship between RPS and Globalinx; information received by RPS from Globalinx and/or any other source regarding Ms. Howard; RPS's phone calls to Ms. Howard; RPS's corporate records and their maintenance; and RPS's responses to Ms. Howard's discovery requests.

   c. William Flicka.

   d. Anthony Pellino.

3. Plaintiff, Tishawa W. Howard.

4. Corporate representative of Globalinx with knowledge of: the business relationship between RPS and Globalinx; information received by Globalinx or regarding Ms. Howard; information conveyed by Globalinx to RPS; and Globalinx's corporate records and their maintenance.

5. LiveVox reserves the right to supplement this preliminary list of fact witnesses with the names of individuals listed in disclosures made pursuant to Fed. R. Civ. P. 26 and identified in documents produced in discovery in this action.

Dated: April 16, 2012
Miami, Florida

               Respectfully submitted,

                /s/ Justin B. Elegant
               William L. Petros, Esq. (FBN 378690)
               wlpetros@petroslaw.com
               Justin B. Elegant, Esq. (FBN 0134597)
               Jbelegant@petroslaw.com
               PETROS & ELEGANT
               4090 Laguna Street, 2nd Floor
               Coral Gables, Florida  33146
               Telephone:  (305) 446-3699
               Facsimile:    (305) 446-2799

LAW OFFICES OF PETROS & ELEGANT
4090 LAGUNA STREET, SECOND FLOOR • CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 446-3699 • FACSIMILE (305) 446-2799

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

Nathaniel P.T. Read, Esq.
nread@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York  10022
Telephone:  (212) 757-7600

*Attorneys for Defendant LiveVox, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2012 this document is being filed electronically through the Court's CM-ECF website, and that a true and correct copy is being served on the parties named on the attached Service List via Notice of Electronic Filing generated by CM-ECF for those parties registered to receive such notice or by first class mail for those parties that are not registered.

   /s/ Justin B. Elegant, Esq.
William L. Petros, Esq. (FBN 378690)
wlpetros@petroslaw.com
Justin B. Elegant, Esq. (FBN 0134597)
Jbelegant@petroslaw.com
PETROS & ELEGANT
4090 Laguna Street, 2nd Floor
Coral Gables, Florida  33146
Telephone:  (305) 446-3699
Facsimile:    (305) 446-2799

Nathaniel P.T. Read, Esq.
nread@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York  10022
Telephone:  (212) 757-7600

*Attorneys for Defendant LiveVox, Inc.*

-3-

LAW OFFICES OF PETROS & ELEGANT
4090 LAGUNA STREET, SECOND FLOOR • CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 446-3699 • FACSIMILE (305) 446-2799

Case No. 11-23222-CIV-LENARD/O'SULLIVAN

## SERVICE LIST

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, Florida  33339
Telephone:  (954) 537-2000
Facsimile:  (954) 566-2235
donyarbrough@mindspring.com
*Attorney for Plaintiff*

Alan S. Fine, Esq.
255 Alhambra Circle, Suite 850
Coral Gables, Florida  33134
Telephone:  (305) 424-2400
Facsimile:  (305) 424-2401
afine@fine-law.com
*Attorney for RPS Companies, Inc.*

John W. Zielinski, Esq.
NeJame, LaFay, Jancha, Ahmed,
Barker, Joshi & Moreno, P.A.
189 S. Orange Avenue, Suite 1800
Orlando, Florida  32801
Telephone:  (407) 245-1232
Facsimile:  (407) 245-2980
john@nejamelaw.com
*Attorneys for RPS Companies, Inc.*

LAW OFFICES OF PETROS & ELEGANT
4090 LAGUNA STREET, SECOND FLOOR • CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 446-3699 • FACSIMILE (305) 446-2799