UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-23222-Civ-Lenard/O'Sullivan

TISHAWA W. HOWARD,

    Plaintiff,

v.

RPS COMPANIES, INC.
and LIVEVOX, INC.,

    Defendants.
_____/

## COUNSEL'S NOTICE OF CHANGE OF ADDRESS

Counsel, Donald A. Yarbrough, for Plaintiff, Tishawa W. Howard, gives notice that counsel's address for electronic mail has changed from donyarbrough@mindspring.com to **don@donyarbrough.com** effective immediately. All other contact information remains the same.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-23222-Civ-Lenard/O'Sullivan

TISHAWA W. HOWARD,

    Plaintiff,

v.

RPS COMPANIES, INC.
and LIVEVOX, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. John W. Zielinski, Esq.
NeJame, LaFay, Jancha, Ahmed, Barker, Joshi & Moreno, P.A.
Suite 1800
189 South Orange Avenue
Orlando, FL 32801-3261
Telephone: 407-245-1232

Justin B. Elegant, Esq.
Petros & Elegant
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Telephone: (305) 446-3699
Facsimile: (305) 446-2799

Via Notices of Electronic Filing generated by CM/ECF